UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLIE BLISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CV979 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant and plaintiff agree to an award of attorney's fees in the amount of $4,872.28.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#28] is granted as follows: defendant shall pay plaintiff's attorney's fees in the amount of **$4,872.28**, and that the award shall be made payable to **Brigid McNamara**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2010.